On respondent's petition for reconsideration filed July 13, reconsideration allowed; former disposition (244 Or App 10, 260 P3d 596) withdrawn; reversed and remanded August 31, 2011

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ARMOND RAMOAN HARPER,
*Defendant-Appellant.*

Multnomah County Circuit Court
080833771; A141919

267 P3d 853

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Shannon T. Reel, Assistant Attorney General, for respondent.

Before Brewer, Chief Judge, and Gillette, Senior Judge.

PER CURIAM

**PER CURIAM**

The state petitions for reconsideration of this court's opinion in *State v. Harper*, 244 Or App 10, 260 P3d 596 (2011), asserting that the proper disposition of that case should have been "reversed and remanded." We agree. Accordingly, we grant the state's petition.

Reconsideration allowed; former disposition withdrawn; reversed and remanded.